IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRAMETRICH D. JOHNSON,

      Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of Corrections,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5590

Opinion filed January 6, 2015.

Amended Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Trametrich D. Johnson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.